**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

```
. . . . . . . . . . . . . . . . )
                                )
ELOISE C. DOOLEY.               )
                  Plaintiff,    )
                                )
V.                              )   CIVIL ACTION NO. 4:10-cv-10-TSL-LRA
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social          )
Security Administration,        )
                  Defendant.    )
. . . . . . . . . . . . . . . . )
```

**O R D E R**

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Defendant, Michael J. Astrue, Commissioner of Social Security Administration (Commissioner), with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's request to remand this action for further administrative action,

IT IS HEREBY ORDERED that, upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to consider whether or not Plaintiff was disabled at any time between January 1, 2006 and March 31, 2008. The ALJ and the Appeals Council will take any other actions as may be necessary before issuing a new decision in the foregoing matter including the aforestated period under consideration.

Therefore, this Court hereby reverses the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS FURTHER ORDERED that this case be and is hereby dismissed.

SO ORDERED, this the 9th day of April, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE