**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

```
. . . . . . . . . . . . . . . . . )
                                  )
ELOISE C. DOOLEY.                 )
               Plaintiff,         )
                                  )
V.                                ) CIVIL ACTION NO. 4:10-cv-10-TSL-LRA
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social            )
Security Administration,          )
               Defendant.         )
. . . . . . . . . . . . . . . . . )
```

## FINAL JUDGMENT

By Order of remand entered herein, the Commissioner's final decision was reversed and this cause was remanded to the Commissioner of Social Security pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings, and the Court finding that this cause should be dismissed without prejudice,

IT IS, THEREFORE, ORDERED that the above-captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED, this the 9th day of April, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE